**Maude ADAM and Earl Adam, Her Husband, Appellants, v. Tatania L. VACQUIER (Tekla JANSSON, Third-Party Defendant).**

No. 8362.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 9, 1943.

Decided Dec. 22, 1943.

John B. Nicklas, Jr., of Pittsburgh, Pa. (E. B. Wolfe and McCrady, Nicklas & Hirschfield, all of Pittsburgh, Pa., on the brief), for appellants.

Sanford M. Chilcote and Robert D. Dalzell, both of Pittsburgh, Pa. (Dickie, Robinson & McCamey, of Pittsburgh, Pa., on the brief), for appellee.

Before JONES, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

A careful reading of the record in this case confirms us in the opinion that the question as to whether either or both of the defendants were guilty of negligence was fully and fairly tried and submitted, that the submission of the question as to whether the plaintiff guest of the third party defendant was free from fault did no legal harm of which either she or her co-plaintiff may now complain and that the jury's verdict was a permissible finding from the evidence. The judgment of the District Court is therefore affirmed.

**UNITED STATES of America, Appellant, v. Thomas G. McCLUSKEY, Appellee.**

No. 10818.

Circuit Court of Appeals, Fifth Circuit.

Dec. 27, 1943.

William H. Allen, Atty., Dept. of Justice, of Washington, D. C., Roy J. Goss, Atty., Dept. of Justice, of Jackson, Miss., and J. O. Day, U. S. Atty., of Clarksdale, Miss., for appellant.

Thos. Fite Paine, of Aberdeen, Miss., for appellee.

Before SIBLEY, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

An examination of the record reveals that there was substantial and competent evidence upon which the jury could have based its verdict in finding for the plaintiff, and the judgment of the lower Court should be, and the same is hereby, affirmed.

Affirmed.

**Sophie OARS and Jacob Lazoritz, as Administrators of the Goods, Chattels and Credits which were of Nathan Oars, Deceased, Plaintiffs-Appellees, v. AMERICAN LUMBERMEN'S MUTUAL CASUALTY COMPANY OF ILLINOIS, Defendant-Appellant.**

No. 136.

Circuit Court of Appeals, Second Circuit.

Nov. 29, 1943.

Evans, Rees & Orr, of New York City (Fred H. Rees and William G. Walsh, both of New York City, of counsel), for defendant-appellant.

Harry Nassberg, of New York City (Eugene L. Bondy and I. Russell Stein, both of New York City, of counsel), for plaintiffs-appellees.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.